**Cora Hardacre, appellee, v. James Hardacre, appellant.**

Action of assumpsit against plaintiff's former husband for necessaries furnished to their minor son. Judgment for plaintiff. Appeal from the Circuit Court of Lawrence county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923.

Shaw & Huffman and McGaughey, Tohill & McGaughey, for appellant. Gee & Gee and P. W. Barnes, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in· error, v. Dale Dana, plaintiff in error.**

Prosecution under the Prohibition Act. Defendant convicted. Error to the County Court of Crawford county; the Hon. John C. Maxwell, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923.

Bradbury, Gaines & Bradbury and Parker & Crowley, for plaintiff in error. Charles E. Jones and J. A. MacHatton, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. B. C. Cromeenes, plaintiff in error.**

Prosecution for disturbing the peace by entering a house and putting his hands on a woman. Defendant convicted. Error to the County Court of Poe county; the Hon. B. F. Anderson, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded with directions. Opinion filed January 26, 1923.

Charles Durfee, for plaintiff in error. John W. Browning, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.

---

**James Marfia, appellee, v. Emma L. Tulley, appellant.**

Suit to a certain provision of a lease which was erased by defendant after execution and delivery. Decree for complainant. Appeal from the Circuit Court of Madison county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Warnock, Williamson & Burroughs, for appellant. M. R. Sullivan, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**National Cash Register Company, appellant, v. Joseph W. Meyers, appellee.**

Action on a promissory note given for a deferred payment on a cash register. Judgment for defendant. Appeal from the Circuit Court of Madison county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923.

Niles, Newell & Brown and C. C. Ellison, for appellant. J. M. Bandy, for appellee.

Mr. Justice Barry delivered the opinion of the court.